**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 10-50713** |
| **GULF FLEET HOLDINGS, INC., et al.** | § | **CHAPTER 11** |
| **DEBTORS** | § | **(Jointly Administered w/ Case Nos. 10-50714, 10-50715, 10-50716, 10-50717, 10-50718, 10-50719, 10-50720, 10-50721, 10-50722, 10-50723, 10-5042)** |
| **ALAN H. GOODMAN, LIQUIDATING TRUSTEE OF THE GULF FLEET LIQUIDATING TRUST (Plaintiff)** | § | **ADVERSARY NO. 12-05001 AND ADVERSARY NO. 10-05042 (consolidated)** |
| **VS.** | § | |
| **MICHAEL HILLMAN, DARLENE HILLMAN, GRANT HILLMAN, BENGAL BARGES, LLC, BENGAL RENTAL SERVICES, LLC, BENGAL AVIATION MANAGEMENT SERVICE, LLC, OCEAN AVIATION, LLC, MAH ENTERPRISES, LLC, HILLMAN MARINE SERVICES, LLC, HILLMAN ENTERPRISES, LLC, HILLMAN INVESTMENT MANAGEMENT, LLC, DMH LEASING 1 LLC, DMH LEASING 2, LLC, DMH ENTERPRISES, LLC (Defendants)** | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. BANKR. P. 7041(a)(1)**

This Stipulation of Dismissal with prejudice is entered into by Alan Goodman as Liquidating Trustee of the Gulf Fleet Liquidating Trust ("Trustee") and Michael Hillman, Darlene Hillman, Grant Hillman, Bengal Barges, LLC, Bengal Rental Services, LLC, Bengal Aviation Management Service, LLC, Ocean Aviation, LLC, MAH Enterprises, LLC, Hillman

Marine Services, LLC, Hillman Enterprises, LLC, Hillman Investment Management, LLC, DMH Leasing I, LLC, DMH Leasing 2, LLC, DMH Enterprises, LLC (the "Hillman Parties," together with Trustee, the "Parties").

**WHEREAS**, the Parties have reached a settlement resolving all matters between them involved in Adversary 12-05001 and 10-05042 and have agreed that they should be dismissed with prejudice pursuant to rule 7041(a)(1) of the Federal Rules of Bankruptcy Procedure;

**WHEREAS**, each Party will bear its own costs and expenses related to Adversary No. 12-05001 and No. 10-05042.

**NOW, THEREFORE**, Adversary 12-05001 and 10-05042 are hereby dismissed with prejudice.

Dated: ~~October~~ March 17, 2016 CDS

**MCKOOL SMITH P.C.**

By: Hugh M. Ray w/ By Permission CDS
HUGH M. RAY, III
State Bar No. 24004246
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

*Counsel for Alan Goodman, Liquidating Trustee of The Gulf Fleet Liquidating Trust*

**KING, KREBS & JURGENS, P.L.L.C.**

By: Timothy S. Madden
TIMOTHY S. MADDEN (#21733)
201 St. Charles Ave 45th Floor
New Orleans, Louisiana70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233

*Counsel for Michael Hillman, Darlene Hillman, Grant Hillman, Bengal Barges, LLC, Bengal Rental Services, LLC, Bengal Aviation Management Service, LLC, Ocean Aviation, LLC, MAH Enterprises, LLC, Hillman Marine Services, LLC, Hillman Enterprises, LLC, Hillman Investment Management, LLC, DMH Leasing I, LLC, DMH Leasing 2, LLC, DMH Enterprises, LLC*